**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EASTER SERVICES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-20-178-F |
| | ) | |
| TRAVELERS CASUALTY AND | ) | |
| SURETY COMPANY OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court is in receipt of the Motion to Dismiss (doc. no. 7), filed March 10, 2020, on behalf of plaintiff, Easter Services, L.L.C. The record indicates that no answer or motion for summary judgment has been filed by defendant, Travelers Casualty and Surety Company of America. Accordingly, the court construes the Motion to Dismiss as a Notice of Dismissal pursuant to Rule 41(1)(A), Fed. R. Civ. P., and the above-entitled action is deemed **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(B), Fed. R. Civ. P.

In light of the dismissal of the above-entitled action, Defendant Travelers Casualty and Surety Company of America's Amended Motion to Dismiss (doc. no. 5) is **STRICKEN** as **MOOT**.

IT IS SO ORDERED this 11th day of March, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE